UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PEREZ, SIMON D, JR § Case No. 10-16553
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/27/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/21/2012          By:  /s/DEBORAH K. EBNER
                                            Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: PEREZ, SIMON D, JR | § | Case No. 10-16553 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  12,501.18 |
| *and approved disbursements of* | $  236.00 |
| *leaving a balance on hand of* [1] | $  12,265.18 |
| **Balance on hand:** | $  12,265.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  12,265.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner, | 1,702.71 | 0.00 | 1,702.71 |
| Trustee, Expenses - Deborah K. Ebner | 2.82 | 0.00 | 2.82 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  1,705.53 |
| Remaining balance: | $  10,559.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $           0.00
Remaining balance:  $      10,559.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $      10,559.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,517.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 2,040.60 | 0.00 | 2,040.60 |
| 2 | Ford Motor Credit Company LLC | 4,938.54 | 0.00 | 4,938.54 |
| 3 | GE Money Bank | 538.71 | 0.00 | 538.71 |

Total to be paid for timely general unsecured claims:  $       7,517.85
Remaining balance:  $       3,041.80

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 3,041.80

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 3,041.80

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $67.76. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,974.04.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-16553-BWB
Simon D Perez  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 2     Date Rcvd: Mar 22, 2012
                 Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2012.
```
db          +Simon D Perez, Jr,    1224 W Broadview Avenue,    Crete, IL 60417-9312
15416668   ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
             (address filed with court: Applied Bank,     PO Box 10210,    Wilmington, DE  19850)
15416669    +Assoc St James Radiologist,    c/o CCB,    755 Almar Parkway,    Bourbonnais, IL 60914-2392
15416670    +Citgo/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15416671    +Citifinancial Retail Services,     PO Box 22066,    Tempe, AZ 85285-2066
15416672    +City of Chicago,    c/o Talan & Ktsanes Law Office,     300 W Adams, Suite 840,
             Chicago, IL 60606-5109
15416673     Dell Computers,    c/o Web Bank,    12234 N IH35 SB Bldg,    Austin, TX  78753
15416674    +Exxon Mobil,    c/o Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15416676   ++FORD MOTOR CREDIT COMPANY,     PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company,     National Bankruptcy Svc Center,
             PO Box 537901,    Livonia, MI  48153-7901)
15416675    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
16794606    +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15416678     HSBC Bank,    PO Box 97280,    Portland, OR  97280
15416679     HSBC Card Services,    PO Box 81622,    Salinas, CA  93912-1622
15416677    +Home Depot,    c/o Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15416682    +St James Hospital,    c/o Harris & Harris Ltd,    222 Merchandise mart Plaza,
             Chicago, IL 60654-1103
15416684     Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA  50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16756588      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2012 02:32:37
              American Infosource Lp As Agent for,    Merrick Bank,    PO Box 248838,
              Oklahoma City, OK  73124-8838
16813248      E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2012 02:37:20      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15416680     +E-mail/Text: bkr@cardworks.com Mar 23 2012 01:03:08      Merrick Bank,    PO Box 5000,
              Draper, UT 84020-5000
15416683     +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2012 02:37:19      Walmart,    c/o GE Capital,
              PO Box 981400,    El Paso, TX 79998-1400
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15416681*    +Simon D  Perez Jr,    1224 W  Broadview Avenue,    Crete, IL 60417-9312
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2012**           **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Mar 22, 2012
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2012 at the address(es) listed below:

        Christopher M Brown    on behalf of Creditor   WELLS FARGO BANK, N.A.
         northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
        Deborah  Kanner Ebner    dkebner@debnertrustee.com,
         IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
         admin.assistant@debnertrustee.com
        Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas M Britt    on behalf of Debtor Simon Perez tmblawstf1@sbcglobal.net
                                                                       TOTAL: 5