# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PEREZ, SIMON D, JR

Case No. 10-16553

Chapter   7

_____,

Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$118,700.00_____        Assets Exempt: _$22,100.00_____
*(without deducting any secured claims)*

Total Distribution to Claimants:_$7,585.61_____   Claims Discharged
                                                       Without Payment: _$11,663.48_____

Total Expenses of Administration:_$1,941.53_____

3)  Total gross receipts of $   17,484.72    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    7,957.58   (see **Exhibit 2** ), yielded net receipts of $9,527.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $91,385.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,941.53 | 1,941.53 | 1,941.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,683.48 | 7,585.61 | 7,585.61 | 7,585.61 |
| **TOTAL DISBURSEMENTS** | $105,068.48 | $9,527.14 | $9,527.14 | $9,527.14 |

4) This case was originally filed under Chapter 7 on April 14, 2010. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2013          By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**


## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance Claim into Father's Estate | 1129-000 | 12,500.00 |
| Reimbursement to estate - Ford Motor Credit | 1180-000 | 4,983.54 |
| Interest Income | 1270-000 | 1.18 |
| **TOTAL GROSS RECEIPTS** | | $17,484.72 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.


## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PEREZ, SIMON D, JR | Dividend paid 100.00% on $2,974.04; Claim# SURPLUS; Filed: $2,974.04; Reference: | 8200-000 | 2,974.04 |
| PEREZ, SIMON D, JR | | 8200-002 | 4,983.54 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $7,957.58 |


## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ford Motor Credit Company | 4110-000 | 25,640.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 61,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Computers | 4110-000 | 4,720.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $91,385.00 | $0.00 | $0.00 | $0.00 |


**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, | 2100-000 | N/A | 1,702.71 | 1,702.71 | 1,702.71 |
| Deborah K. Ebner | 2200-000 | N/A | 2.82 | 2.82 | 2.82 |
| International Sureties | 2300-000 | N/A | 47.02 | 47.02 | 47.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 23.88 | 23.88 | 23.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.10 | 28.10 | 28.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.48 | 25.48 | 25.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties | 2300-000 | N/A | 36.52 | 36.52 | 36.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,941.53 | $1,941.53 | $1,941.53 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 2,020.00 | 2,040.60 | 2,040.60 | 2,040.60 |
| 1I | American Infosource Lp As Agent for | 7990-000 | 0.00 | 18.39 | 18.39 | 18.39 |
| 2 | Ford Motor Credit Company LLC | 7100-000 | N/A | 4,938.54 | 4,938.54 | 4,938.54 |
| 2I | Ford Motor Credit Company LLC | 7990-000 | 0.00 | 44.51 | 44.51 | 44.51 |
| 3 | GE Money Bank | 7100-000 | N/A | 538.71 | 538.71 | 538.71 |
| 3I | GE Money Bank | 7990-000 | N/A | 4.86 | 4.86 | 4.86 |
| NOTFILED | HSBC Card Services | 7100-000 | 775.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | Walmart | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | St James Hospital | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 3,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 705.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied Bank | 7100-000 | 2,270.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Assoc St James Radiologist | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Citigo/Citibank | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 370.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | 1,088.48 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,683.48 | $7,585.61 | $7,585.61 | $7,585.61 |

Exhibit 8

Page:  1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  10-16553
Case Name:    PEREZ, SIMON D, JR

Period Ending: 05/19/13

Trustee:      (330480)    DEBORAH K. EBNER
Filed (f) or Converted (c):  04/14/10 (f)
§341(a) Meeting Date:  06/07/10
Claims Bar Date:  02/23/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 1224 W. Broadview Ave., Crete, IL 604 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with MB Financial | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account with MB Financial | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Wearing Apparel | 700.00 | 0.00 | | 0.00 | FA |
| 6 | Pension through Teamster Local 710 Union | Unknown | 0.00 | | 0.00 | 0.00 |
| 7 | Inheritance Claim into Father's Estate | 2,000.00 | 0.00 | OA | 12,500.00 | FA |
| 8 | 2002 Ford Pickup Truck | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 Ford Explorer | 12,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Ford Mustang | 22,000.00 | 0.00 | | 0.00 | FA |
| 11 | Reimbursement to estate - Ford Motor Credit<br>Reimbursement of Claim #2 - paid in error | 1.00 | 0.00 | | 4,983.54 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 1.18 | FA |
| 12 | **Assets**    Totals (Excluding unknown values) | **$118,701.00** | **$0.00** | | **$17,484.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is working with probate administrator and is receiving assets therefrom to which this Debtor is entitled. Liquidation of estate is ongoing.

Initial Projected Date Of Final Report (TFR):    December 31, 2015    Current Projected Date Of Final Report (TFR):    March 21, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| | |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/10 | {7} | Cameron County Trust Account | Order of Probate Court Brownsville, Texas - Debtor's 1/6th share of this distribution | 1129-000 | 12,500.00 | | 12,500.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 12,500.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.12 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,500.31 |
| 03/13/11 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-16553, # 016026455 | 2300-000 | | 47.02 | 12,453.29 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,453.39 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,453.49 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,453.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,453.69 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,453.79 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 23.88 | 12,429.91 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,430.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.95 | 12,401.06 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.85 | 12,401.91 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,402.01 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.48 | 12,376.53 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,376.63 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,351.63 |
| 11/21/11 | | To Account #9200******3466 | to reduce charges | 9999-000 | | 995.00 | 11,356.63 |
| 11/21/11 | | To Account #9200******3468 | to reduce fees | 9999-000 | | 995.00 | 10,361.63 |
| 11/21/11 | | To Account #9200******3469 | to reduce fees | 9999-000 | | 995.00 | 9,366.63 |
| 11/21/11 | | To Account #9200******3470 | to reduce charges | 9999-000 | | 995.00 | 8,371.63 |
| 11/21/11 | | To Account #9200******3471 | to reduce charges | 9999-000 | | 995.00 | 7,376.63 |
| 11/21/11 | | To Account #9200******3472 | to reduce charges | 9999-000 | | 995.00 | 6,381.63 |
| 11/21/11 | | To Account #9200******3473 | to reduce charges | 9999-000 | | 995.00 | 5,386.63 |
| 11/21/11 | | To Account #9200******3474 | to reduce charges | 9999-000 | | 995.00 | 4,391.63 |
| 11/21/11 | | To Account #9200******3475 | to reduce charges | 9999-000 | | 995.00 | 3,396.63 |
| 11/21/11 | | To Account #9200******4368 | to reduce charges | 9999-000 | | 995.00 | 2,401.63 |
| 11/21/11 | | To Account #9200******4367 | to reduce charges | 9999-000 | | 995.00 | 1,406.63 |
| 11/21/11 | | To Account #9200******4366 | to reduce charges | 9999-000 | | 995.00 | 411.63 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 411.70 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 386.70 |

| | | | Subtotals : | | $12,501.18 | $12,114.48 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 386.70 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 386.70 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 12,501.18 | 12,501.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 12,326.70 | |
| Subtotal | 12,501.18 | 174.48 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $12,501.18 | $174.48 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-16553 |
| **Case Name:** | PEREZ, SIMON D, JR |
| **Taxpayer ID #:** | **-***2513 |
| **Period Ending:** | 05/19/13 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****43-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | From Account #9200******4367 | Consolidate | 9999-000 | 995.00 | | 1,990.00 |
| 01/30/12 | | From Account #9200******4368 | Consolidate | 9999-000 | 995.00 | | 2,985.00 |
| 01/30/12 | | From Account #9200******3465 | Consolidate | 9999-000 | 386.70 | | 3,371.70 |
| 01/30/12 | | From Account #9200******3466 | Consolidate | 9999-000 | 995.00 | | 4,366.70 |
| 01/30/12 | | From Account #9200******3468 | Consolidate | 9999-000 | 995.00 | | 5,361.70 |
| 01/30/12 | | From Account #9200******3469 | Consolidate | 9999-000 | 995.00 | | 6,356.70 |
| 01/30/12 | | From Account #9200******3470 | Consolidate | 9999-000 | 995.00 | | 7,351.70 |
| 01/30/12 | | From Account #9200******3471 | Consolidate | 9999-000 | 995.00 | | 8,346.70 |
| 01/30/12 | | From Account #9200******3472 | Consolidate | 9999-000 | 995.00 | | 9,341.70 |
| 01/30/12 | | From Account #9200******3473 | Consolidate | 9999-000 | 995.00 | | 10,336.70 |
| 01/30/12 | | From Account #9200******3474 | Consolidate | 9999-000 | 995.00 | | 11,331.70 |
| 01/30/12 | | From Account #9200******3475 | Consolidate | 9999-000 | 995.00 | | 12,326.70 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,301.70 |
| 03/08/12 | 101 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-16553, Bond # 016026455 | 2300-000 | | 36.52 | 12,265.18 |
| 05/01/12 | 102 | Deborah K. Ebner | Dividend paid 100.00% on $2.82, Trustee Expenses;  Reference: | 2200-000 | | 2.82 | 12,262.36 |
| 05/01/12 | 103 | Deborah K. Ebner, | Dividend paid 100.00% on $1,702.71, Trustee Compensation;  Reference: | 2100-000 | | 1,702.71 | 10,559.65 |
| 05/01/12 | 104 | American Infosource Lp As Agent for | Dividend paid 100.00% on $18.39; Claim# 1l; Filed: $18.39; Reference: | 7990-000 | | 18.39 | 10,541.26 |
| 05/01/12 | 105 | Ford Motor Credit Company LLC | Dividend paid 100.00% on $44.51; Claim# 2l; Filed: $44.51; Reference: | 7990-000 | | 44.51 | 10,496.75 |
| 05/01/12 | 106 | GE Money Bank | Dividend paid 100.00% on $4.86; Claim# 3l; Filed: $4.86; Reference: | 7990-000 | | 4.86 | 10,491.89 |
| 05/01/12 | 107 | PEREZ, SIMON D, JR | Dividend paid 100.00% on $2,974.04; Claim# SURPLUS; Filed: $2,974.04; Reference: | 8200-000 | | 2,974.04 | 7,517.85 |
| 05/01/12 | 108 | American Infosource Lp As Agent for | Dividend paid 100.00% on $2,040.60; Claim# 1; Filed: $2,040.60; Reference: | 7100-000 | | 2,040.60 | 5,477.25 |
| 05/01/12 | 109 | Ford Motor Credit Company LLC | Dividend paid 100.00% on $4,938.54; Claim# 2; Filed: $4,938.54; Reference: | 7100-000 | | 4,938.54 | 538.71 |
| 05/01/12 | 110 | GE Money Bank | Dividend paid 100.00% on $538.71; Claim# 3; Filed: $538.71; Reference: | 7100-000 | | 538.71 | 0.00 |

|  | | | | Subtotals : | $12,326.70 | $12,326.70 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-16553 | |
| **Case Name:** | PEREZ, SIMON D, JR | |
| | | |
| **Taxpayer ID #:** | **-***2513 | |
| **Period Ending:** | 05/19/13 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****43-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 12,326.70 | 12,326.70 | $0.00 |
| | | | Less: Bank Transfers | | 12,326.70 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **12,326.70** | |
| | | | Less: Payments to Debtors | | | 2,974.04 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,352.66** | |

Printed: 05/19/2013 09:30 PM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| | |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****43-67 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | 995.00 | 995.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 10-16553 |
|---|---|
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| Trustee: | DEBORAH K. EBNER (330480) |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******43-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/19/2013 09:30 PM    V.13.13

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 10-16553 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | PEREZ, SIMON D, JR | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***2513 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/19/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/19/2013 09:30 PM   V.13.13

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-67 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce fees | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---:|---:|
| **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | | 995.00 | 995.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-69 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce fees | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-16553 |
| **Case Name:** | PEREZ, SIMON D, JR |
| **Taxpayer ID #:** | **-***2513 |
| **Period Ending:** | 05/19/13 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******34-70 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-71 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | 995.00 | 995.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-16553 | |
| Case Name: | PEREZ, SIMON D, JR | |
| | | |
| Taxpayer ID #: | **-***2513 | |
| Period Ending: | 05/19/13 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-72 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | | 995.00 | 995.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 14

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| | |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-73 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | 995.00 | 995.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 15

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-74 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | 995.00 | 995.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/19/2013 09:30 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-16553 | | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|---|
| Case Name: | PEREZ, SIMON D, JR | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account: | 9200-******34-75 - Checking Account |
| Taxpayer ID #: | **-***2513 | | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/19/13 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******3465 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******4366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | 995.00 | 995.00 |
| Subtotal | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $0.00 |

Exhibit 9

# Form 2

Page: 17

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******43-69 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/12 | {11} | Ford Motor Credit | estate reimbursement | 1180-000 | 4,983.54 | | 4,983.54 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 4,983.54 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,983.54 | 4,983.54 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,983.54 | |
| Subtotal | 4,983.54 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,983.54 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 18

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-16553 |
| Case Name: | PEREZ, SIMON D, JR |
| | |
| Taxpayer ID #: | **-***2513 |
| Period Ending: | 05/19/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****730669 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,983.54 | | 4,983.54 |
| 04/10/13 | 10101 | PEREZ, SIMON D, JR | | 8200-002 | | 4,983.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,983.54 | 4,983.54 | $0.00 |
| | | | Less: Bank Transfers | | 4,983.54 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,983.54 | |
| | | | Less: Payments to Debtors | | | 4,983.54 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # 9200-*****34-65 | 12,501.18 | 174.48 | 0.00 |
| Checking # 9200-*****43-66 | 0.00 | 9,352.66 | 0.00 |
| Checking # 9200-*****43-67 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****43-68 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-*****34-67 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-68 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-69 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-70 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-71 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-72 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-73 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-74 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****34-75 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****43-69 | 4,983.54 | 0.00 | 0.00 |
| Checking # ****730669 | 0.00 | 0.00 | 0.00 |
| | $17,484.72 | $9,527.14 | $0.00 |

{} Asset reference(s)